# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 14, 2024

_____

## RESPONSE REQUESTED - SIMILAR CASES

_____

No.  23-1938,    Kenneth McPherson v. Robert Patton
                1:20-cv-00795-SAG

TO:    Robert  Patton
       Eric  Simmons
       Kenneth  McPherson
       Frank  Barlow

RESPONSE DUE: 06/17/2024

Response is required to the notice requesting information regarding similar cases on or before 06/17/2024. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Anisha Walker, Deputy Clerk
804-916-2704